# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| TRAVIS WAYNNE MILLER, SR., #1170471, | § § § § |
| Plaintiff, | § § |
| v. | § § § § § § | Case No. 6:20-cv-586-JDK-KNM |
| STATE OF TEXAS, et al., | |
| Defendants. | |

## FINAL JUDGMENT

The Court, having considered Plaintiff's case and rendered its decision by opinion issued this same date, hereby enters **FINAL JUDGMENT**.

It is **ORDERED** that Plaintiff's claims are **DISMISSED WITH PREJUDICE**. All pending motions are **DENIED** as **MOOT**.

The Clerk of Court is instructed to close this case.

So **ORDERED** and **SIGNED** this **28th** day of **January, 2021.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE